## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JENNIFER H., | Civil No. 19-959 (JRT/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| ANDREW SAUL, | |
| Defendant. | |

---

David F. Chermol, **CHERMOL & FISHMAN LLC,** 11450 Bustleton Avenue, Philadelphia, PA 19116, for plaintiff.

James D. Sides, SSA-Ogc, **SOCIAL SECURITY ADMINISTRATION,** Office of the General Counsel - Suite 340, 1301 Young Street, Ste Mailroom 104, Dallas, TX 75202, for defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated June 5, 2020, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Counsel's Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA") (Dkt. 21) is **GRANTED** and Plaintiff is AWARDED $8,160.00 for reasonable attorney's fees under the EAJA plus $500.00 in costs.

2. In accordance with the EAJA and Astrue v. Ratliff, 560 U.S. 586 (2010), the EAJA award is payable to Plaintiff as the litigant and subject to offset to satisfy any pre-existing debts that the litigant may owe to the United States.

Dated: August 10, 2020
in Minneapolis, Minnesota at 10:30 AM

                                        s/John R. Tunheim_____
                                        JOHN R. TUNHEIM
                                        Chief Judge
                                        United States District Court